UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI NICOLE FITZPATRICK,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendants. | Case No.: 1:13-cv-01604 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 13) |

On May 30, 2014, the parties filed a stipulation for Defendant to have an extension of time to respond to Plaintiff's request for a voluntary remand. (Doc. 13.) Defendant's counsel asserts that the deadline was "inadvertently mis-calendared," and as a result counsel missed the May 5, 2014 due date. (*Id.* at 2.) However, Defendant sent the required response to Plaintiff on May 29, 2014. (*Id.*)

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**: Defendant's request for an extension of time is **GRANTED** nunc pro tunc.

IT IS SO ORDERED.

Dated:   **June 2, 2014**              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE

1