**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODI NICOLE FITZPATRICK,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-01604- JLT<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE ACTION |

On July 9, 2014, Plaintiff Jodi Fitzpatrick and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated to dismiss this action with prejudice pursuant to of Fed. R. Civ. P. 41(a)(1)(A) and (B), with each party to bear its own fees, costs, and expenses.  (Doc. 16.)

Pursuant to the terms of the stipulation, it is **HEREBY ORDERED**:

1. Plaintiff's social security appeal is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own fees, costs, and expenses; and
3. The Clerk of Court **IS DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: __**July 10, 2014**__                    __/s/ Jennifer L. Thurston__
                                                             UNITED STATES MAGISTRATE JUDGE

1